UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS, INC., a
Delaware corporation,

    Plaintiff,

vs.                                    Case No. 8:05-CV-352-T-30MAP

ROBERT VOCISANO, an individual, MARIO
VOCISANO, an individual, and
GOLDEN GATE INN AND COUNTRY
CLUB, an unregistered Florida general partnership,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS CAUSE, having come before the Court on the Joint Stipulation for Order Approving Settlement Agreement (the "Joint Stipulation"), the Court having reviewed the file and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Settlement Agreement attached to the Joint Stipulation is approved and the terms are incorporated into this order of Court, *except that jurisdiction is reserved for the period of six (6) months from date for the purposes set forth in paragraph 9 of the agreement.*

JAMES S. MOODY, JR.
United States District Court Judge
28 July 2005

cc:    Counsel of Record/Unrepresented Parties